# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VALERIA FLORES,<br><br>Defendant. | Case No. 20CR1725-JLS<br><br>**ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA** |

Pursuant to the agreement of the parties—and the reasons set forth in the parties' joint motion—the Court orders that the previous guilty plea and accompanying plea agreement entered on October 7, 2020, be withdrawn so that the Defendant can enter a plea of guilty to the Superseding Information.

IT IS SO ORDERED.

Dated: December 11, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge